# PD-0624-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

GREGORY SHANE BAILEY
V.
THE STATE OF TEXAS
FROM APPEAL NO. 05-13-01536-CR
TRIAL CAUSE NO, 062872
GRAYSON COUNTY

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS,
Comes now, Gregory Shane Bailey, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 15th District Court of Grayson County, Texas of the offense of Murder in Cause No. 062872, styled: State of Texas vs, Gregory Bailey. The Petitioner appealed to the Court of Appeals, 5th Supreme Judicial District, the case was affirmed on April 13th, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is May 12, 2015. The Petitioner has not requested any extension prior to this request.

## III.

    Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case by his attorney, Rick Dunn, until May 11, 2015. Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Rick Dunn, has informed Petitioner's Mother that he will not represent him on the Petition for Discretionary Review,

    WHEREFORE, Petitioner prays this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 05-13-01536-CR.

Gregory Shane Bailey
Petitioner pro se
Texas Department of Criminal Justice
Telford Unit
TDCJ-ID# 01895864
3899 St. Hwy. 98
New Boston, TX 75570

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previous and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U. S. Mail, postage prepaid, first class, to the Attorney for State, Matthew Johnson, at 200 S. Crockett Street, Suite 100, Sherman, Texas 75090, and to the State Prosecuting Attorney, P. O. Box 13046, Austin, Texas 78711 on this 21st day of May 2015.

Gregory Shane Bailey
Petitioner pro se
TDCJ No. 01895864

I, Gregory Shane Bailey, TDCJ #01895864 being presently incarcerated in the Barry B. Telford Unit of the Texas Department of Criminal Justice in Bowie County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 11th day of May, 2015.

Gregory Shane Bailey

Shane Baily
TDCJ #01895864
Telford Unit
3899 St. Hwy. 98
New Boston, Tx. 75570